SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No. C 10-4311 PJH <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff BackWeb Technologies, Ltd. ("Plaintiff") and defendant Hewlett-Packard Company ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on or about September 24, 2010, Plaintiff served its Original Complaint upon Defendant;

WHEREAS, Plaintiff's Complaint alleges counts for patent infringement, including direct infringement, induced infringement, contributory infringement and willful infringement;

WHEREAS, Defendant filed its First Motion to Dismiss in Part Count 1 of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) for Failure to State A Claim on or about November 5, 2010 (challenging the sufficiency of the allegations of induced infringement, contributory infringement and willful infringement);

WHEREAS, Plaintiff has drafted its First Amended Complaint, in order to allege in more detail facts stating claims for relief for induced infringement, contributory infringement and willful infringement;

WHEREAS, Defendant and Plaintiff have agreed and stipulated to Plaintiff's filing of the First Amended Complaint, and to Defendant's withdrawal of its current motion to dismiss (without prejudice to Defendant's right to file a subsequent motion, to dismiss the First Amended Complaint, should it dispute the sufficiency of those allegations), and that it would be more expeditious for any motion practice on the pleadings to be with respect to the more detailed pleading stated in the First Amended Complaint; and

WHEREAS, no trial date has yet been set in this action;

1  WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that

2 Plaintiff may have leave to file its First Amended Complaint, attached hereto as Exhibit 1.

3 Plaintiff and Defendant, through their respective counsel of record, have agreed to this filing.

4 DATED:    November 22, 2010

5                                                                                    HOSIE RICE LLP

6

7                                                                         By:   ___/s/ George Bishop_____
                                                                                        George Bishop
8                                                                                  *Attorneys for Plaintiff*
                                                                                   *BackWeb Technologies, Ltd.*
9

10                                                                       FISH & RICHARDSON P.C.

11

12                                                                       By:   ___/s/ Shelley K. Mack_____
                                                                                        Shelley K. Mack
13                                                                                 *Attorneys for Defendant*
                                                                                   *Hewlett-Packard Company*
14

15      I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

16 filing of this document has been obtained from the other signatories.

17 DATED:    November 22, 2010

18

19                                                                              ___/s/ George Bishop_____
                                                                                         George Bishop

1  **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2  Leave to file Plaintiff's First Amended Complaint is GRANTED.

4  Dated: November 29, 2010

_____
Honorable Phyllis J. Hamilton
U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*