SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
The Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No. C 10-4311 PJH (NJV) <br><br> **MODIFIED ORDER GRANTING STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR PLAINTIFF'S CROSS-MOTION TO COMPEL RULE 30(B)(6) DEPOSITION TOPICS** |

Before the Court is the parties' Stipulated Request for Order Shortening Time for Hearing on Plaintiff BackWeb Technologies, Ltd.'s Cross-Motion to Compel Rule 30(b)(6) Deposition Topics.  After due consideration, the Court hereby **GRANTS** the motion.

Hearing is set for March 30, 2011, at 3:00 p.m., per the Clerk's Notice (Doc. No. 53) setting hearing on Defendant Hewlett-Packard Company's motion for a protective order.

Defendant will file a combined reply in support of its motion and opposition to Plaintiff's cross-motion by March 16, 2011.  Plaintiff will not file a reply in support of its cross-motion.

Date:  March 11, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge