1  Katherine Kelley Lutton (SBN 194971)  SPENCER HOSIE (SBN 101777)
   lutton@fr.com                          shosie@hosielaw.com
2  Scott A. Penner (SBN 253716)           GEORGE F. BISHOP (SBN 89205)
   penner@fr.com                          gbishop@hosielaw.com
3  Robert J. Kent (SBN 250905)            DIANE S. RICE (SBN 118303)
   rjkent@fr.com                          drice@hosielaw.com
4  FISH & RICHARDSON P.C.                 WILLIAM P. NELSON
   500 Arguello Street, Suite 500         (CA Bar No. 196091)
5  Redwood City, CA  94063                wnelson@hosielaw.com
   Telephone: (650) 839-5070              HOSIE RICE LLP
6  Facsimile:  (650) 839-5071             Transamerica Pyramid, 34th Floor
                                          600 Montgomery Street
7  Ahmed J. Davis (*admitted pro hac vice*)  San Francisco, CA 94111
   davis@fr.com                           Telephone:  (415) 247-6000
8  Fish & Richardson P.C.                 Facsimile:   (415) 247-6001
   1425 K Street, N.W., Suite 1100
9  Washington, DC  20005                  Attorneys for Plaintiff
   Telephone: (202) 783-5070              BACKWEB TECHNOLOGIES, LTD.
10 Facsimile:  (202) 783-2331

11 CHRISTOPHER O. GREEN
   (*admitted pro hac vice*)
12 cgreen@fr.com
   FISH & RICHARDSON P.C.
13 1180 Peachtree Street, NE, 21st Floor
   Atlanta, GA 30309
14 Telephone:  (404) 892-5005
   Facsimile:   (404) 892-5002
15
   Attorneys for Defendant
16 HEWLETT-PACKARD COMPANY

17
18                     UNITED STATES DISTRICT COURT
19                    NORTHERN DISTRICT OF CALIFORNIA
20                          (OAKLAND DIVISION)

21  BACKWEB TECHNOLOGIES, LTD.,          Case No. 4:10-CV-04311-PJH
22              Plaintiff,                STIPULATION AND [~~PROPOSED~~] ORDER
                                          TO AMEND CASE MANAGEMENT
23       v.                               SCHEDULE
24  HEWLETT-PACKARD COMPANY,
25              Defendant.

26
27       Plaintiff BackWeb Technologies, Ltd. ("BackWeb"), defendant Hewlett-Packard Company
28  ("HP"), and International Business Machines Corporation ("IBM") a defendant in *BackWeb*

*Technologies, Ltd. v. International Business Machines Corporation*, Case No. C 10-4310 PJH ("*BackWeb v. IBM*"), hereby stipulate through their respective counsel of record as follows:

WHEREAS the Initial Case Management Conference in *BackWeb v. IBM* was held as scheduled on April 21, 2011; and

WHEREAS, prior to the Initial Case Management Conference BackWeb and IBM jointly submitted a Joint Case Management Statement outlining a schedule for claim construction which joined the schedule for claim construction in *BackWeb v. IBM*; and

WHEREAS, at the Initial Case Management Conference, the Court stated concerns regarding joining the claim construction schedule in this case and *BackWeb v. IBM* because the Court would not have sufficient time to properly perform claim construction if the parties in both matters were each to submit separate briefs and attempt to construe 10 separate claim terms in each matter; and

WHEREAS, counsel for BackWeb and IBM represented that they thought an agreement to consolidate would be possible whereby the parties in this matter and in *BackWeb v. IBM* could agree to consolidate both the hearing and the related briefing process in a manner which would reduce the burden on the Court and lead to greater efficiency in the claim construction process in both matters; and

WHEREAS, the Court instructed BackWeb and IBM to speak to HP regarding these issues; and

WHEREAS, BackWeb, IBM and HP (collectively "the parties")[1] have reached an agreement which the parties hope will allow the Court sufficient time to properly perform claim construction for both cases at the same time which is in the best interest of all parties and the Court; and

---

[1] If the Court has any concerns regarding the stipulation, the parties would ask the Court for an opportunity to jointly discuss any issues with the Court, either telephonically or in person.

WHEREAS, the parties agree that they will work in good faith to limit the number of terms for the Court to construe to ten (10) but if the parties are unable to limit it to ten (10) they will jointly seek leave asking the Court to construe at most twelve (12) terms; and

WHEREAS, IBM and HP have agreed to file joint briefs; and

WHEREAS, the parties agree that they will work in good faith to stay within the page limits dictated by the local rules for the Northern District of California but if they are unable to do so, they will jointly seek leave from the Court to allow the parties to exceed the page limits by at most ten (10) pages for the opening claim construction brief, under Local P.R. 4-5(a), and the responsive claim construction brief, under Local P.R. 4-5(b); and

WHEREAS, the parties have also agreed to the Proposed Schedule attached hereto as Exhibit A;

IT IS HEREBY STIPULATED by and between the parties that the Court may set the dates set forth in the Proposed Schedule attached hereto as Exhibit A.


Dated:  May 3, 2011                    FISH & RICHARDSON P.C.

                                       By:  /s/ Robert J. Kent
                                            Robert J. Kent

                                       Attorneys for Defendant
                                       HEWLETT-PACKARD COMPANY


Dated:  May 3, 2011                    HOSIE RICE LLP

                                       By:  /s/ George Bishop
                                            George Bishop

                                       Attorneys for Plaintiff
                                       BACKWEB TECHNOLOGIES, LTD.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from George Bishop.

Dated: May 3, 2011　　　　　　　　　　FISH & RICHARDSON P.C.


By: */s/ Robert J. Kent*
　　 Robert J. Kent

Attorneys for Attorneys for Defendant
HEWLETT-PACKARD COMPANY

[**PROPOSED**] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May __10__, 2011

_____
The Honorable Phyllis J. Hamilton
United States



5

STIPULATION AND [PROPOSED] ORDER TO
AMEND CASE MANAGEMENT SCHEDULE
Case No. 4:10-CV-04311-PJH

**EXHIBIT A**

| Event | Proposed Date |
|---|---|
| Exchange of Proposed Terms and Claim Elements for Construction [Pat. L.R. 4.1.a-b.] | June 1, 2011* |
| Simultaneous Exchange of Preliminary Claim Constructions and Preliminary Identifications of Extrinsic Evidence [Pat. L.R. 4.2.a-b.] | June 20, 2011* |
| Filing of Joint Claim Chart, Worksheet and Hearing Statement [Pat. L.R. 4.3] | July 1, 2011* |
| Completion of Claim Construction Discovery [Pat. L.R. 4.4] | July 1, 2011 |
| Opening Claim Construction Brief [Pat. L.R. 4.5.a.] | July 8, 2011 |
| Responsive Claim Construction Brief [Pat. L.R. 4.5.b] | July 22, 2011 |
| Reply Claim Construction Brief [Pat. L.R. 4.5.c] | July 29, 2011 |
| Tutorial | August 5, 2011 |
| Claim Construction Hearing [Pat. L.R. 4.6] | August 31, 2011 |

- Dates with an asterisk represent changes from the existing schedule

50777991.doc