| | |
|---|---|
| Katherine Kelley Lutton (SBN 194971) | Spencer Hosie (SBN 101777) |
| lutton@fr.com | shosie@hosielaw.com |
| Robert J. Kent (SBN 250905) | George F. Bishop (SBN 89205) |
| rjkent@fr.com | gbishop@hosielaw.com |
| FISH & RICHARDSON P.C. | Diane S. Rice (SBN 118303) |
| 500 Arguello Street, Suite 500 | drice@hosielaw.com |
| Redwood City, CA  94063 | William P. Nelson (SBN 196091) |
| Telephone: (650) 839-5070 | wnelson@hosielaw.com |
| Facsimile:  (650) 839-5071 | HOSIE RICE LLP |
| | Transamerica Pyramid, 34th Floor |
| Ahmed J. Davis (Admitted *pro hac vice*) | 600 Montgomery Street |
| davis@fr.com | San Francisco, CA 94111 |
| FISH & RICHARDSON P.C. | Telephone:  (415) 247-6000 |
| 1425 K Street, N.W., Suite 1100 | Facsimile:  (415) 247-6001 |
| Washington, DC  20005 | |
| Telephone: (202) 783-5070 | Attorneys for Plaintiff |
| Facsimile:  (202) 783-2331 | BACKWEB TECHNOLOGIES, LTD |
| | |
| Christopher O. Green (Admitted *pro hac vice*) | Charles K. Verhoeven |
| cgreen@fr.com | charlesverhoeven@quinnemanuel.com |
| FISH & RICHARDSON P.C. | Jennifer A. Kash |
| 1180 Peachtree Street, NE, 21st Floor | jenniferkash@quinnemanuel.com |
| Atlanta, GA 30309 | Howard Chen |
| Telephone:  (404) 892-5005 | Howardchen@quinnemanuel.com |
| Facsimile:   (404) 892-5002 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Attorneys for Defendant | 50 California Street, 22nd Floor |
| HEWLETT-PACKARD COMPANY | San Francisco, CA  94111-4788 |
| | Telephone:  (415) 875-6600 |
| | Facsimile:  (415) 875-6700 |
| | |
| | Attorneys for Defendant |
| | INTERNATIONAL BUSINESS MACHINES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., | Case No. 4:10-CV-04311-PJH |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EQUIPMENT FOR TUTORIAL AND CLAIM CONSTRUCTION HEARING** |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | PATENT CASE |

1   WHEREAS Defendant and Counterclaimant Hewlett-Packard Company ("HP"), Plaintiff
2   and Counterclaim Defendant BackWeb Technologies, Ltd. ("BackWeb"), and contractors and
3   other support staff hired by the parties desire to bring into the Federal Courthouse in Oakland,
4   California, located at 1301 Clay Street, #400 South, Oakland, California, and set up in the
5   courtroom of the Honorable Phyllis J. Hamilton certain equipment and materials for purposes of
6   facilitating demonstrative exhibits that may be used during the tutorial and claim construction
7   hearing on August 31, 2011; and

8   WHEREAS that equipment will include the following: one Epson 8300I projector; one
9   spare projector bulb (Epson 8300), one Epson EX7200 projector, one projector stand, two VGA
10  video selector switches, technology table, presentation remote, two green laser pointers, and cables
11  and adapters;

12  NOW THEREFORE the parties hereby request the Court allow access to the courtroom for
13  the set-up and use of such equipment at the August 5, 2011 tutorial and claim construction
14  hearing.

15  Dated:  August 3, 2011                    FISH & RICHARDSON P.C.

17                                             By:  */s/ Robert J. Kent*
                                                    Robert J. Kent

                                               Attorneys for Defendant
19                                             HEWLETT-PACKARD COMPANY

28                                        2
                                    **JT STIP & PROPOSED ORDER RE EQUIPMENT FOR
                                    TUTORIAL & CLAIM CONSTRUCTION HEARING**
                                    Case No. 4:10-CV-04311 PJH

| | | |
|---|---|---|
| 1 | Dated: August 3, 2011 | HOSIE RICE LLP |
| 2 | | |
| 3 | | By: */s/ William P. Nelson* <br> William Nelson |
| 4 | | Attorneys for Plaintiff <br> BACKWEB TECHNOLOGIES, LTD. |
| 5 | | |
| 6 | Dated: August 3, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | | |
| 8 | | By: */s/ Jennifer Kash* <br> Jennifer A. Kash |
| 9 | | |
| 10 | | Attorneys for Defendant <br> INTERNATIONAL BUSINESS MACHINES |

### ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, section X-B regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

| | | |
|---|---|---|
| 18 | Dated: August 3, 2011 | FISH & RICHARDSON P.C. |
| 19 | | |
| 20 | | By: */s/ Robert J. Kent* <br> Robert J. Kent |
| 21 | | |
| 22 | | Attorneys for Defendant <br> HEWLETT-PACKARD COMPANY |

3
**JT STIP & PROPOSED ORDER RE EQUIPMENT FOR TUTORIAL & CLAIM CONSTRUCTION HEARING**
Case No. 4:10-CV-04311 PJH

1  [**PROPOSED**] ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  DATED: August __4__, 2011

5

6

7  The Honorable Phyllis J. Hamilton
   United States District Judge

8  50794871.doc



28  4
   **JT STIP & PROPOSED ORDER RE EQUIPMENT FOR
   TUTORIAL & CLAIM CONSTRUCTION HEARING**
   Case No. 4:10-CV-04311 PJH