| | |
|---|---|
| Katherine Kelly Lutton (SBN 194971) | Spencer Hosie (SBN 101777) |
| lutton@fr.com | shosie@hosielaw.com |
| Robert J. Kent (SBN 250905) | George F. Bishop (SBN 89205) |
| rjkent@fr.com | gbishop@hosielaw.com |
| FISH & RICHARDSON P.C. | Diane S. Rice (SBN 118303) |
| 500 Arguello Street, Suite 500 | drice@hosielaw.com |
| Redwood City, CA 94070-1526 | William P. Nelson (SBN 196091) |
| Telephone: (650) 839-5070 | wnelson@hosielaw.com |
| Facsimile: (650) 839-5071 | HOSIE RICE LLP |
| | Transamerica Pyramid, 34th Floor |
| Christopher O. Green (*Admitted Pro Hac Vice*) | 600 Montgomery Street |
| cgreen@fr.com | San Francisco, CA 94111 |
| FISH & RICHARDSON P.C. | Telephone: (415) 247-6000 |
| 1180 Peachtree Street, NE, 21st Floor | Facsimile: (415) 247-6001 |
| Atlanta, GA 30309 | |
| Telephone: (404) 892-5005 | Attorneys for Plaintiff |
| Facsimile: (404) 892-5002 | BACKWEB TECHNOLOGIES, LTD |
| | |
| Ahmed J. Davis (*Admitted Pro Hac Vice*) | Charles K. Verhoeven (SBN 170151) |
| adavis@fr.com | charlesverhoeven@quinnemanuel.com |
| FISH & RICHARDSON P.C. | Jennifer A. Kash (SBN 203679) |
| 1425 K Street NW, Suite 1100 | jenniferkash@quinnemanuel.com |
| Washington, DC 20005 | Howard Chen (SBN 26015) |
| Telephone: (202) 783-5070 | Howardchen@quinnemanuel.com |
| Facsimile: (202) 783-2331 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Attorneys for Defendant | 50 California Street, 22nd Floor |
| HEWLETT-PACKARD COMPANY | San Francisco, CA 94111-4788 |
| | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| | |
| | Attorneys for Defendant |
| | INTERNATIONAL BUSINESS MACHINES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br>Plaintiff, <br><br>vs. <br><br>HEWLETT-PACKARD COMPANY, <br><br>Defendant. | CASE NO. C 10-4311 PJH <br> CASE NO. C 10-4310 PJH <br><br> JOINT STIPULATION AND [~~PROPOSE~~D] ORDER REGARDING PROPOSED REVISED CONSTRUCTIONS <br><br> <u>PATENT CASE</u> |

| | |
|---|---|
| 1 | BACKWEB TECHNOLOGIES, LTD., |
| 2 |     Plaintiff, |
| 3 |   vs. |
| 4 | INTERNATIONAL BUSINESS MACHINES CORPORATION, |
| 5 | |
| 6 |     Defendant. |

WHEREAS at the September 28, 2011 Markman hearing, Honorable Phyllis J. Hamilton ordered that Defendants Hewlett-Packard Company ("HP") and International Business Machines Corp. ("IBM") and Plaintiff BackWeb Technologies, Ltd. ("BackWeb") (collectively "the Parties") meet and confer in order to determine whether any compromises regarding the Parties' proposed claim constructions could be made;

WHEREAS Honorable Phyllis J. Hamilton ordered that the Parties submit a letter detailing any compromises reached by the Parties by Wednesday October 5, 2011;

WHEREAS the Parties are currently in the process of meeting and conferring regarding whether any compromises can be made in order to conserve judicial resources;

WHEREAS the Parties believe that they will need until Friday October 14, 2011 to complete the meet and confer process in a meaningful manner;

NOW THEREFORE the parties hereby request the Court extend the deadline for submitting the Parties' statement on any claim construction compromises until Friday October 14, 2011.

Dated:  October 4, 2011        FISH & RICHARDSON P.C.

                                       By:  */s/ Robert J. Kent*
                                              Robert J. Kent

                                       Attorneys for Defendant
                                       HEWLETT-PACKARD COMPANY

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated:  October 4, 2011 | HOSIE RICE LLP |
| | By: */s/ William P. Nelson Chen (by Robert J. Kent with permission)*<br>William P. Nelson |
| | Attorneys for Plaintiff<br>BACKWEB TECHNOLOGIES, LTD. |
| Dated:  October 4, 2011 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | By: */s/ Howard Y. Chen (by Robert J. Kent with permission)*<br>Howard Y. Chen |
| | Attorneys for Defendant<br>INTERNATIONAL BUSINESS MACHINES CORPORATION |

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45 section X-B regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

| | |
|---|---|
| Dated:  October 4, 2011 | FISH & RICHARDSON P.C. |
| | By: */s/ Robert J. Kent*<br>Robert J. Kent |
| | Attorneys for Defendant<br>*HEWLETT-PACKARD COMPANY* |

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October __5__, 2011

_____
The Honorable
United States

IT IS SO ORDERED
Judge Phyllis J. Hamilton

50807757.doc