**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., | No. 4:10-CV-4311 PJH (NJV) |
| Plaintiff, | **ORDER REQUIRING PARTIES TO MEET AND CONFER RE DISCOVERY DISPUTE AND TO FILE LETTER BRIEF** |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |
| _____/ | |

This is an action for patent infringement. Pending before the Court is Plaintiff's Motion to Compel. (Docket No. 101.) The parties are HEREBY ORDERED to meet and confer regarding the discovery dispute addressed in the pending motion, and to do so no later than Wednesday, June 20, 2012. No later than Wednesday, June 27, 2012, the parties SHALL FILE a joint letter brief, no longer than five pages, explaining the outcome of the parties' meeting. The letter brief shall specifically address which issues have been resolved and which issues remain to be addressed by the Court..

**IT IS SO ORDERED.**

Dated: June 13, 2012

NANDOR J. VADAS
United States Magistrate Judge