1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
3  DIANE S. RICE (CA Bar No. 118303)
   drice@hosielaw.com
4  HOSIE RICE LLP
   Transamerica Pyramid, 34th Floor
5  600 Montgomery Street
   San Francisco, CA 94111
6  (415) 247-6000 Tel.
7  (415) 247-6001 Fax

8  *Attorneys for Plaintiff*
9  *BACKWEB TECHNOLOGIES, LTD.*

10 *Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No. C 10-4311 PJH <br><br> **STIPULATED DISMISSAL OF ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii) AND ORDER** |

Plaintiff BackWeb Technologies, Ltd. ("BackWeb") and Defendant Hewlett-Packard Company ("HP") hereby stipulate that, pursuant to Rule 41(a)(1)(A)(ii), claims and counterclaims brought by BackWeb against HP and claims and counterclaims brought by HP against BackWeb are hereby dismissed WITH PREJUDICE; and that each party bears its own costs, expenses and attorneys' fees.

Dated:  September 4, 2012                         HOSIE RICE LLP

                                                  */s/ Spencer Hosie*_____
                                                  SPENCER HOSIE
                                                  *Attorneys for Plaintiff*
                                                  *BACKWEB TECHNOLOGIES, LTD.*


Dated:  September 4, 2012                         FISH & RICHARDSON P.C.

                                                  */s/Katherine K. Lutton*_____
                                                  Katherine K. Lutton
                                                  *Attorney for Defendant*
                                                  *HEWLETT-PACKARD COMPANY*


I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:    September 4, 2012

                                                  */s/ Spencer Hosie*_____
                                                  Spencer Hosie

1  **IT IS SO ORDERED.**

2  DATED this __5th__ day of September, 2012.

4  _____
   HONORABLE PHYLLIS J. HAMILTON
5  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*